IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:17-00006 |
| | ) | |
| KELLI LYNE ROBBINS | ) | |

**O R D E R**

By Order entered August 16, 2017, a detention hearing was scheduled for August 24, 2017, based upon counsel's request to get information about Defendant's custody/conviction status in Alabama. For good cause shown, the motion was granted. See Docket Entry No. 75.

Now before the Court is Defendant's motion to further continue the detention hearing, filed August 23 2017, Docket Entry No. 77. The motion is unopposed by the Government. Counsel advises that he is still seeking information from Alabama, and he and the Government are attempting to reach an agreement on the issue of detention. The motion is therefore GRANTED, and it is hereby

ORDERED that the detention hearing is RESCHEDULED for **Tuesday, September 5, 2017, at 2:00 p.m.**, in Courtroom No. 764, U.S. Courthouse, 801 Broadway, Nashville. Defendant shall remain in federal custody pending the hearing.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge